IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01820 PSF-MJW

Edward Wedelstedt,

    Plaintiff.

v.

The Law Offices of Goldstein,
Goldstein and Hilley;
Gerald H. Goldstein, an Individual; and
Does 1-3,

    Defendants.
_____

### ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT AND JURY DEMAND
_____

Plaintiff Edward Wedelstedt's Unopposed Motion to Amend Complaint and Jury Demand (Dkt. # 53) is hereby GRANTED in that Plaintiff has leave to file his *Amended Complaint and Jury Demand.*

DATED: March 14, 2006.

        BY THE COURT:

        *s/ Phillip S. Figa*

        _____
        Phillip S. Figa
        United States District Judge