IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01820-PSF-MJW

EDWARD WEDELSTEDT,

       Plaintiff,

v.

THE LAW OFFICES OF GOLDSTEIN, GOLDSTEIN AND HILLEY;
GERALD H. GOLDSTEIN, an individual; and
DOES 1-3,

       Defendants.

---

## ORDER RE MOTION TO DISMISS AND TO SEAL COURT FILE

---

The parties' Stipulated Motion to Dismiss, With Prejudice, and to Seal Court File

(Dkt. # 59) is GRANTED in part and DENIED in part.  It is hereby

ORDERED that this case is DISMISSED with prejudice, each party to pay his or

its own attorneys fees and costs.  It is

FURTHER ORDERED that the Motion to Seal Court File is DENIED.

DATED: March 22, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____

                                Phillip S. Figa
                                United States District Judge